JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANAHEIM UNION HIGH SCHOOL DISTRICT,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>J.E., a minor,<br><br>　　　　　　Defendant. | Case No. CV 12-6588- MWF (JCx)<br><br>**JUDGMENT AFTER TRIAL** |

  Following a trial to the Court, the Court entered its Findings of Fact and Conclusions of Law. (Docket No. 40). Consistent with the Findings of Fact and Conclusions of Law, and pursuant to Rules 54(a) and 58(b)(1)(C) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED, ADJUDGED and DECREED that judgment on the merits be entered as follows:

-1-

1        On Plaintiff's Claim 1 for reversal of the expedited due process hearing decision of May 9, 2012:  In favor of Defendant.

        Defendant is a prevailing party for the purpose of any recovery of allowed costs as set forth in Local Civil Rule 54.

Dated:  May 21, 2013

_____
MICHAEL W. FITZGERALD
United States District Judge